IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM T. JOHNAKIN, 3rd, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. 22-2575 |
| : | |
| OFFICER DROSDAK, *et al.*, : | |
| : | |
| Defendants. : | |

# ORDER

**AND NOW**, this 28th day of September, 2022, upon consideration of William T. Johnakin's *pro se* Amended Complaint (Doc. No. 8), it is hereby **ORDERED** as follows:

1. Johnakin's Amended Complaint is **DISMISSED WITH PREJUDICE** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for the reasons stated in the Court's Memorandum.

2. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

*/s/ Edward G. Smith*
EDWARD G. SMITH, J.